## (May 29, 1962)

■ JUDY C. DENIG et al., Respondents, v. IRENE SEELIG et al., Defendants, and HERBERT REED et al., Appellants.— Motion by appellants for stay of order, pending appeal therefrom, granted on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, commencing October 1, 1962; appeal ordered on the calendar for said term. The appeal record and appellants' brief are directed to be filed and served on or before August 1, 1962. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of the SECOND ADDITIONAL GRAND JURY FOR THE SEP-TEMBER 1961 TERM OF THE COUNTY COURT, KINGS COUNTY, Respondent, v. AURELIUS CIRILLO, Appellant.— Motion by appellant for stay of two orders of the County Court, Kings County, pending appeal therefrom, denied. On the court's own motion, the appeals are ordered on the calendar for Monday, June 4, 1962; they will be heard on the original papers and on the typewritten briefs of both parties. The briefs should contain the opinion, if any, rendered by the County Court. The parties are directed to file six copies of their respective type-written briefs and to serve one copy upon each other, before 10 o'clock on the morning of June 4. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORA-TION, Appellant, v. PROVIDENCE MELENDEZ et al., Respondents.— Motion by appellant to stay arbitration proceeding, pending appeal from order, denied. Cross motion by respondents to dismiss appeal from order, denied on condition that the appeal be perfected and argued or submitted at the October Term, commencing October 1, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be filed and served on or before August 6, 1962. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ HELMA VICTOR, Respondent, v. FIJI COURT, INC., Appellant, et al., Defendants.— Motion by appellant Fiji Court, Inc., to stay all proceedings under judgment of foreclosure and sale, pending appeal from order denying its motion to vacate said judgment. Motion denied. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

## THIRD DEPARTMENT, MAY, 1962

## (May 1, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH P. MANGAN, Appellant.— Motion granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Case is set down for May 16 for argument. Cross motion denied. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.